**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

IN THE MATTER OF:

APPOINTMENT OF A NEW
UNITED STATES MAGISTRATE JUDGE
FOR THE DISTRICT OF PUERTO RICO

**CASE NO. 26-mc-163(RAM)**

<u>**ORDER OF APPOINTMENT OF MERIT SELECTION PANEL**</u>

The United States District Court is required by law to establish a panel of citizens to consider the appointment of a new full-time magistrate judge for the District of Puerto Rico.

The Regulations of the Judicial Conference of the United States provide that the Court shall appoint a Merit Selection Panel which shall recommend to the Court for nomination five (5) candidates the panel has determined as best qualified to serve as a United States Magistrate Judge.

The Court hereby appoints the following persons as members of the Merit Selection Panel:

1. Eugene Hestres-Vélez (Chairperson)
2. Joseph Boucher-Martínez
3. Melanie Carrillo-Jiménez
4. Ricardo Casellas-Sánchez
5. Gloria De Corral-Hernández
6. Sonia Torres-Pabón
7. Sonia Y. Vélez-Colón
8. Luis Silva-Mendoza (Non-Lawyer)
9. Rafael Álvarez-Sweeting (Non-Laywer)

The panel shall report to the Court the results of its activities within ninety (90) days after the date the applications

are due, to wit, **July 30, 2026.** The Office of the Clerk of Court shall provide the panel with the necessary assistance for the discharge of its duty under this order.

Panel members are hereby advised that they cannot be considered for a Magistrate Judge position until one (1) year elapses between the application deadline for the position and the earlier of: (a) the date when the panel on which the former member served submitted its report to the Court; or (b) the date when the former member resigned from the panel.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 1st of May 2026.


s/RAÚL M. ARIAS-MARXUACH
CHIEF, U.S. DISTRICT JUDGE